IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-3082-SBP
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC -8 2023
JEFFREY P. COLWELL
CLERK

Jack Cole , Plaintiff

v.

Unknown Colorado ,

Springs ~~Retreat~~ ,

Police Detective ,

_____ , Defendant(s).

Jury Trial requested:
(please check one)
✓ Yes ___ No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jack Cole  CJC#A0331196  2739 E Las
(Name, prisoner identification number, and complete mailing address)

Vegas, Cdo Sprs CO 80906
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- ✓ Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ___ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner
- ✓ Other: *(Please explain)* acquitted

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Unknown Colorado Springs Police Detective
(Name, job title, and complete mailing address) Peace office responsible for monitoring s/o's / retired Now

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No *(check one)*. Briefly explain:

Peace Office / state / municiple
705 Nevada Ave CoS, CO 80903

Defendant 1 is being sued in his/her ✓ individual and/or ___ official capacity.

2

Defendant 2: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION
*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ State/Local Official (42 U.S.C. § 1983)      Combined Fed and State

___ Federal Official
   As to the federal official, are you seeking:
   ___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
   ___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

✓ Other: (*please identify*) Sections 13-21-131
                             24-10-106

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: **Malicious Prosecution violative of U.S. Const 4th Amend. and Article II Section 16 of Colo Const.**

Claim one is asserted against these Defendant(s):

Supporting facts:

1. On or about Dec 12, 2021 the defendant drafted an arrest warrant stating I had failed to reg as a sex offender "s/o" because he alleged I was supposed to reg every three months because I was homeless.

2. A state Court finding states if I list a vehicle and live in it, it's classified as a home. I did list my car and I did live in it, meaning I had a home.

3. When you have a home you do not reg every three

cont on Exhibit A

months, you reg anvally

4. Defendant failed to know law about s/o's the direct dept he worked in. I even emailed and provided the holding to him in Dec 2021 prior to my arrest where at court he said he never took the time to read it

5. Defendants incompetence caused my wrongful detention from 2-16-22 to 2-3-23 almost a full year

6. I ~~could~~ Normally am a Senior petroleum Landman and make $250,000.00 a ~~year~~ I also ~~count~~ could ~~year~~ in jail during the period and it still effects me to this day

# Exhibit A

7. I followed the Reg Laws perfectly and defendant should had known the Law

8. I pled Not guilty, and went to trial after almost a year and was acquited because the prosecution could not prove any crime whatsoever

9. Defendant didn't care if I wasn't guilty, he said "you are a Sex offender you shouldn't be free anyway" he acted with malice and did this deliberatly

10. Due to this jail time I lost every thing, my Business, Agape Petroleum Resources, my home, my car, almost my GF Lost wages, health (covid)

page Two

Exhibit A

11. Now in El Paso 23 CR 1863 you have the cop say, "He's an S/O, Lets just take him to jail, arrested me for my first verbal argument with my g/f in 6 years "Kidnapping" Report says all verbal?

12 Defendant had a duty to protect me Failed in his duty

page Three

# E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): 22 CV 2225

Docket number and court: Dr Saniri

Claims raised: will seek to revive it he's

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) damaging me

Reasons for dismissal, if dismissed: again Now

Result on appeal, if appealed: _____

# F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Injuction to Stop El Paso 23CR1863
Declaration Defendant harmed me 23CR4789
Damages
Punitive Damages
Cost Fees
Attorney Appointed and his/her cost
Interest
Any other just, equitable proper remedy the Court feels appropriate
Jury

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12/4/23
(Date)

(Revised November 2022)

6

FIRST-CLASS MAIL
NEOPOST 12/05/2023
US POSTAGE $001.83⁰
ZIP 80906
041M11284826

Cote, Jackie
Criminal Justice Center
Detention Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906
LEGAL MAIL
A0331196

United States District Court
Alfred A. Arraj United States Courthouse
Attention: Clerk of Court for the
Honorable Susan Prose
U.S. Judge
901 19th Street
Denver, CO 80294-3589

